IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

Re:   Terri Suzanne Pearl, Debtor                                    Case No. 4:08-bk-17626M
                                                                                         Chapter 7

REPORT OF UNCLAIMED FUNDS
PURSUANT TO FRBP 3011

  The undersigned trustee of the above-styled estate states as follows for his report of unclaimed funds:

  1. Ninety (90) days have elapsed since the distribution of funds in this estate. The bank account of this estate reflects that the following amount is still on deposit, which amount represents payment mailed to the named payee:

| Claim No. | Payee (Name and Address) | Dividend Amount |
|---|---|---|
| 5 | AES/DDB<br>P. O. Box 8183<br>Harrisburg, PA 17105-9972 | $ 4,298.31 |

  2. Payment has been stopped on the above-listed check.

  3. Pursuant to 11 U. S. C. 347 and Chapter 129 of Title 28, U. S. C., and FRBP 3011, a check has been tendered to "Clerk, U. S. Bankruptcy Court," in the amount of $4,298.31. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payee.

  DATE  February 10, 2011

            /s/ M. Randy Rice, Trustee
            523 S. Louisiana, #300
            Little Rock, AR  72201